| | |
|---|---|
| SOUTHLAND INDUSTRIES,<br><br>    *Plaintiff*,<br><br>v.<br><br>INDIAN HARBOR INSURANCE COMPANY,<br><br>OLD REPUBLIC INSURANCE COMPANY,<br><br>    and<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,<br><br>    *Defendants*. | IN THE CIRCUIT COURT<br><br>FOR BALTIMORE CITY,<br><br>MARYLAND<br><br><br>No. 24-C-23-CV-000990 |

## NOTICE OF FILING A<br>NOTICE OF REMOVAL

To:    Laura A. Freid-Studlo
        Pillsbury Winthrop Shaw Pittman LLP
        1200 Seventeenth Street, NW
        Washington, DC  20036
        laura.studlo@pillsburylaw.com
        *Attorney for Plaintiff*

        and

        Clerk Xavier A. Conaway
        Circuit Court for Baltimore City, Maryland
        111 North Calvert Street, Room 412
        Baltimore, Maryland 21202

**Please Take Notice**: Under 28 U.S.C. § 1446(d), Defendant Indian Harbor Insurance Company ("Indian Harbor") filed a notice of removal in the United States District Court for the District of Maryland today, removing this action. This filing operates as a stay on all further proceedings in this Court. A copy of the notice of removal is attached as <u>Exhibit 1</u>.

Respectfully submitted,

    /s/ Ezra S. Gollogly
Ezra S. Gollogly (0706130007)
Joseph Dudek (1712130152)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030 telephone
(410) 539-1269 facsimile
egollogly@kg-law.com
*Attorneys for Travelers*

## CERTIFICATE OF SERVICE

I certify that a copy of this notice, along with all exhibits, was served by email and prepaid first-class mail on March 7, 2023 upon:

Laura A. Freid-Studlo
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036
laura.studlo@pillsburylaw.com

*Attorney for Plaintiff*

    /s/ Ezra S. Gollogly
Ezra S. Gollogly (0706130007)

2

4868-6112-3924, v. 1