## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SOUTHLAND INDUSTRIES, | |
| *Plaintiff*, | |
| v. | No. __23-607__ |
| INDIAN HARBOR INSURANCE COMPANY, | |
| OLD REPUBLIC INSURANCE COMPANY, | |
| and | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, | |
| *Defendants*. | |

### REMOVAL STATEMENT

Defendant Indian Harbor Insurance Company ("Indian Harbor") files this statement under this Court's Standing Order 2021-13.

1.      **Service**. Plaintiff served Indian Harbor on February 23, 2023. *See* Notice of Removal ¶ 2.

2.      **Diversity**. Plaintiff "is a California corporation with its principal place of business in California." Notice Ex. A ¶ 3. Indian Harbor is a Delaware corporation with its principal place of business in Connecticut. *See* Notice Ex. A ¶ 4. Old Republic is a Pennsylvania corporation with its principal place of business in Pennsylvania. *See* Notice Ex. A ¶ 5. National Union is a Pennsylvania corporation with its principal place of business in New York. *See* Notice Ex. A ¶ 6. Thus, diversity of citizenship exists between Plaintiff, on the one hand, and all defendants, on the other hand.

**3.**      **Removal After 30 Days from Service**. Indian Harbor is removing within 30 days of service.

**4.**      **Removal After One Year from Filing**. This case has been removed less than one year after the action was commenced in State Court. *See* Notice of Removal ¶ 1.

**5.**      **Other Defendants**. Defendant Old Republic Insurance Company has consented to this notice of removal. Indian Harbor has not identified any other defendant who has been served and joined in the action.

Respectfully submitted,

_____/s/ Ezra S. Gollogly_____
Ezra S. Gollogly (28088)
Joseph Dudek (20261)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030 telephone
(410) 539-1269 facsimile
egollogly@kg-law.com

*Attorneys for Indian Harbor*