IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SOUTHLAND INDUSTRIES,<br><br>*Plaintiff*,<br><br>v.<br><br>INDIAN HARBOR INSURANCE COMPANY,<br><br>OLD REPUBLIC INSURANCE COMPANY,<br><br>and<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,<br><br>*Defendants*. | No. _____23-607_____ |

## DISCLOSURE STATEMENT

Under Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Indian Harbor Insurance Company ("Indian Harbor") states:

1. Indian Harbor is a Delaware corporation with its principal place of business located in Connecticut.

2. Indian Harbor is a direct subsidiary of XL Specialty Insurance Company, and is an indirect subsidiary Greenwich Insurance Company, X.L. America, Inc., XL Financial Holdings (Ireland) Limited, XL Bermuda Ltd, XL Group Ltd, and AXA SA. The ultimate indirect parent of Indian Harbor is AXA SA, a company domiciled in France and no publicly held company owns 10% or more of the stock of AXA SA.

3. No other entity not a party to this case has any financial interest in the outcome of this litigation.

        Respectfully submitted,

        /s/ Ezra S. Gollogly
        Ezra S. Gollogly (28088)
        Joseph Dudek (20261)
        KRAMON & GRAHAM, P.A.
        One South Street, Suite 2600
        Baltimore, Maryland 21202
        (410) 752-6030 telephone
        (410) 539-1269 facsimile
        egollogly@kg-law.com
        *Attorneys for Travelers*

## CERTIFICATE OF SERVICE

I certify that a copy of this notice, along with all exhibits, was served by email and prepaid first-class mail on March 6, 2023 upon:

Laura A. Freid-Studlo
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036
laura.studlo@pillsburylaw.com

*Attorney for Plaintiff*

        /s/ Ezra S. Gollogly
        Ezra S. Gollogly (28088)