**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| SOUTHLAND INDUSTRIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. GLR-23-607 |
| ) | |
| INDIAN HARBOR INSURANCE ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Southland Industries and Defendants Indian Harbor Insurance Company, Old Republic Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa. hereby agree and state as follows:

1. The parties have resolved all disputes at issue in the above-captioned litigation.

2. The parties stipulate that all claims in the above-captioned litigation should be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated:  February 28, 2024

| | |
|---|---|
| */s/ Laura Freid-Studlo* | */s/ Margaret Fonshell Ward (w/permission)* |
| Laura Freid-Studlo | Margaret Fonshell Ward |
| Barry Fleishman | DOWNS WARD BENDER HERZOG & |
| PILLSBURY WINTHROP SHAW PITTMAN LLP |   KINTIGH, P.A. |
| 1200 Seventeenth Street, NW | Executive Plaza 3, Suite 400 |
| Washington, DC  20036 | Hunt Valley, MD 21031 |
| (202) 663-8000 | (410) 584-2800 |
| laura.freidstudlo@pillsburylaw.com | mward@downs-ward.com |
| barry.fleishman@pillsburylaw.com | |
| | *Counsel for Old Republic Ins. Co.* |
| *Counsel for Southland Industries* | |
| | |
| */s/ Daniel J. Lynn (w/permission)* | */s/ Ezra S. Gollogly (w/permission)* |
| Daniel J. Lynn | Ezra S. Gollogly |
| Peter Jenkins | Joseph Dudek |
| JACKSON & CAMPBELL P.C. | KRAMON & GRAHAM. P.A. |
| 2300 N. Street NW, Suite 300 | One South Street, Suite 2600 |
| Washington, DC 20037 | Baltimore, MD 21202 |
| (202) 457-1600 | (410) 319-0481 |
| dlynn@jackscamp.com | egollogly@kg-law.com |
| pjenkins@jackscamp.com | jdudek@kg-law.com |
| | |
| *Counsel for National Union Fire Ins. Co. of Pittsburgh, Pa.* | *Counsel for Indian Harbor Ins. Co.* |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 28th day of February 2024, a true and correct copy of the foregoing was electronically filed with the Court's ECF system which will provide service to all counsel of record.

          /s/ *Laura Freid-Studlo*
          Laura Freid-Studlo