IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| SOUTHLAND INDUSTRIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. GLR-23-607 |
| | ) |
| INDIAN HARBOR INSURANCE | ) |
| COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Southland Industries and Defendants Indian Harbor Insurance Company, Old Republic Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa. hereby agree and state as follows:

1. The parties have resolved all disputes at issue in the above-captioned litigation.

2. The parties stipulate that all claims in the above-captioned litigation should be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated:  February 28, 2024

**APPROVED this 4th day of March, 2024. This matter is hereby DISMISSED with prejudice. The Clerk is directed to CLOSE this case.**

_____/s/_____
George L. Russell, III
United States District Judge